Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 6966 | **DATE** | 4/12/2000 |
| **CASE TITLE** | BUTLER vs. MOLLOY, et al., | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Agreed motion to extend time for defendants to answer or otherwise plead until 5/12/00 is granted.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| No notices required, advised in open court. | | **Document Number** |
| No notices required. | number of notices | |
| Notices mailed by judge's staff. | | |
| Notified counsel by telephone. | APR 13 2000 date docketed | |
| ✓ Docketing to mail notices. | | 10 |
| Mail AO 450 form. | docketing deputy initials | |
| Copy to judge/magistrate judge. | | |
| courtroom deputy's initials | date mailed notice | |
| Date/time received in central Clerk's Office | mailing deputy initials | |