Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 6966 | **DATE** | 11/7/2000 |
| **CASE TITLE** | EDDIE BUTLER vs. OFFICER TINSMAN, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Pursuant to stipulation, this case is dismissed with prejudice and without costs. Enter Agreed Order of Dismissal. All pending dates and motions are terminated as moot.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | NOV 13 2000 date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| JHC | courtroom deputy's initials | 00 NOV 13 AM 8:23 date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number: 18

bb [rsa-butler]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EDDIE BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 99 C 6966 |
| ) | |
| CHICAGO POLICE OFFICER THOMAS ) | JUDGE WILLIAM J. HIBBLER |
| P. TINSMAN and THE CITY OF CHICAGO, ) | |
| ) | Magistrate Judge Arlander Keys |
| Defendants. ) | |

DOCKETED
NOV 1 3 2000

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Eddie Butler, by his attorney, Standish E. Willis, defendants, the City of Chicago, by its attorneys, Mara S. Georges, Corporation Counsel of the City of Chicago, and Chicago Police Officer Thomas P. Tinsman, by one of his attorneys, Geri Lynn Yanow, Assistant Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court, after reviewing the Release and Settlement Agreement, finding it to be fair and reasonable, and being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

1. All of plaintiff's claims against defendants, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the Release and Settlement Agreement.



2. The Court retains jurisdiction to enforce the provisions of the Release and Settlement Agreement filed herein and this Agreed Order of Dismissal.

ENTER _____
JUDGE WILLIAM J. HIBBLER
UNITED STATES DISTRICT COURT

DATED: 11/7/00

Geri Lynn Yanow
Assistant Corporation Counsel
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-2837
Attorney No. 06198618